# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2892
LT Case No. 2022-DR-046856

_____

JIMPSON JEAN-NOEL,

Appellant,

v.

OLINA MIRTIL,

Appellee.

_____

On appeal from the Circuit Court for Brevard County.
David E. Silverman, Judge.

Kevin J. Mawn, of Onek And Mawn, P.A., Titusville, for
Appellant.

Geoffrey P. Golub, of Geoffrey P. Golub, P.A., Melbourne, for
Appellee.

September 12, 2023

PER CURIAM.

AFFIRMED.

LAMBERT, HARRIS, and BOATWRIGHT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————